IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-cv-820-BO

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER CONFIRMING |
| | ) | SALE AND DIRECTING |
| | ) | DISTRIBUTION OF PROCEEDS |
| | ) | |
| GETTYS COHEN, JR., et al. | ) | |
| | ) | |
| Defendants. | ) | |

The United States has moved the Court for an order confirming the sale of real property located at 3 Aspen Drive, North Carolina ("the Property"), and directing the Clerk of Court to distribute the proceeds.

IT IS HEREBY ORDERED THAT the sale of the Property, legally described as follows:

> Being all of Lots Nos. 29, 30 and 31 of Section No. 1, Addition N. 4 of the Pine Acres Subdivision located in the Town of Smithfield, Johnston County, State of North Carolina, according to a map prepared by Ragsdale Engineers on March 28, 1979, a plat of which is recorded in Plat Book 18, Page 145, Johnston County Registry, reference is hereby made to said plat for a more accurate and complete description of said lots.

to Shirley Cohen for the sum of $95,545 is HEREBY CONFIRMED; and

IT IS FURTHER ORDERED THAT the Internal Revenue Service shall deliver a deed for the Property to Shirley Cohen; and

IT IS FURTHER ORDERED THAT the Clerk distribute the proceeds in the amount of $95,545 as follows:

1. To the United States (payable to the United States Treasury) to be applied to Gettys Cohen, Jr.'s unpaid federal tax liability, to:

   William E. Thompson,
   Department of Justice, Tax Division, Office of Review
   P.O. Box 310
   Ben Franklin Station
   Washington, D.C. 20044
   Memo: CMN 2012100900

DATE:

_____
UNITED STATES DISTRICT JUDGE