THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-cv-820-BO

| UNITED STATES, | ) |
|---|---|
| Plaintiff, | ) ) ) |
| v. | ) **ORDER CONFIRMING SALE AND** ) **DIRECTING DISTRIBUTION OF** ) **SALE PROCEEDS** |
| GETTYS COHEN, JR., et al. | ) ) |
| Defendants. | ) |

Having considered the United States' motion for order confirming sale and directing distribution of sale proceeds relating to the real property located at Aspen Drive, Smithfield, North Carolina 27577 (the "Aspen Property"), fully described below,

> Being all of Lot No. 48, Section No.1, Addition No. 4 of the Pine Acres Subdivision located in the Town of Smithfield, Johnston County, State of North Carolina, according to a map prepared by Ragsdale Engineers on March 28, 1979, a plat of which is recorded in Plat Book 22, page 173, Johnston County Registry, reference is hereby made to said plat for a more accurate and complete description of said lot.

and any response thereto, IT IS ORDERED THAT

1. The United States' motion is granted.

2. The sale of the Aspen Property to Toranique Coleman for the sum of $4,000 is HEREBY CONFIRMED.

3. The IRS shall issue a deed for the Aspen Property to Toranique Coleman.

4. The Clerk of Court shall distribute the sale proceeds deposited in the Court's registry as follows:

| Order | Payee | Amount |
|---|---|---|
| 1 | **Johnston County Tax Collector**<br>for unpaid and matured real property taxes<br><br>Johnston County Tax Collector<br>P.O. Box 451<br>Smithfield, NC 27577 | $259.04, good through 6/30/14 |
| 2 | **Shirley Cohen**<br><br>3 Aspen Drive<br>Smithfield, NC 27577 | $1,870.48, plus one-half any accrued interest<br>(one-half the remaining proceeds) |
| 3 | **United States**<br>(check payable to the Department of Justice)<br>to be applied to Gettys Cohen, Jr.'s unpaid federal income tax liabilities for the years 1995, 1996, 1997, 1998, 1999, 2000, 2001, 2002, and 2003, which totaled $690,657.57 as of September 3, 2012, plus all accrued interest, penalties, and other additions permitted by law.<br><br>U.S. Department of Justice, Tax Division<br>Attn: FLU<br>P.O. Box 310<br>Washington, DC 20044 | $1,870.48, plus one-half any accrued interest<br>(one-half the remaining proceeds) |

IT IS SO ORDERED.

Date: 6-27-14

Hon. TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

2