THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-cv-820-BO

| UNITED STATES, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | **ORDER CONFIRMING SALE AND** |
| v. | ) ) ) | **DIRECTING DISTRIBUTION OF SALE PROCEEDS** |
| GETTYS COHEN, JR., et al. | ) ) | |
| Defendants. | ) | |

Having considered the United States' motion for order confirming sale and directing distribution of sale proceeds relating to the real property located at 14 Noble Street, Smithfield, North Carolina (the "Noble Property"), legally described as:

> Lot Number 11 of Triple "S" Plaza as recorded in Plat Book 26, page 109, of Johnson County Registry. Said plat prepared by Ragsdale Consultants, P.A. dated October 4, 1983.

and any response thereto, IT IS ORDERED THAT

1. The United States' motion is granted.

2. The sale of the Noble Property to Leonard and Imogene Spruill for the sum of $86,000 is HEREBY CONFIRMED.

3. The IRS shall issue a deed for the Noble Property to Leonard and Imogene Spruill.

4. The Clerk of Court shall distribute the sale proceeds deposited in the Court's registry as follows:

1

| Order | Payee | Amount |
|---|---|---|
| 1 | **Internal Revenue Service** (check payable to the United States Treasury) for costs of sale<br><br>Internal Revenue Service<br>Attn: Richard Andrews<br>Property Appraisal Liquidation Specialist<br>3340 Jaeckle Dr. Ste. 101<br>Wilmington, NC 28403 | $497.41 |
| 2 | **Johnston County Tax Collector** for unpaid and matured real property taxes<br><br>Johnston County Tax Collector<br>P.O. Box 451<br>Smithfield, NC 27577 | $3,003.79, good through 6/30/14 |
| 3 | **Shirley Cohen**<br><br>3 Aspen Drive<br>Smithfield, NC 27577 | $41,249.40, plus one-half of any accrued interest (one-half of the remaining proceeds) |
| 4 | **United States** (check payable to the Department of Justice) to be applied to Gettys Cohen, Jr.'s unpaid federal income tax liabilities for the years 1995- 2003, which totaled $557,317.38 as of April 28, 2014, plus all accrued interest, penalties, and other additions permitted by law.<br><br>U.S. Department of Justice, Tax Division<br>Attn: FLU<br>P.O. Box 310<br>Washington, DC 20044 | $41,249.40, plus one-half of any accrued interest (one-half of the remaining proceeds) |

IT IS SO ORDERED.

Date: 6-27-14

_____
Hon. TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

2